BYRON C. CLARK, Appellant, *v.* GLOBE INDEMNITY COMPANY, Respondent.

(Argued December 6, 1934; decided December 31, 1934.)

*Allan L. Gurley* for appellant.
*Donald V. Carr* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.